## Andrew Podgorny, Appellee, v. Lottie Wonick, Appellant.

### Gen. No. 10,416.

Heard in this court

at the May term, 1950. William D. Knight and John H. Page, for appellant; Guyer & Smith, for appellee; Stanley H. Guyer, of counsel. Opinion by PRESIDING JUSTICE WOLFE. **Not to be published in full.** Opinion filed July 13, 1950; rehearing denied September 11, 1950; released for publication September 12, 1950.